1   SCOTT J. SAGARIA (BAR # 217981)
    ELLIOT W. GALE (#263326)
2   SAGARIA LAW, P.C.
    333 West San Carlos Street, Suite 1750
3   San Jose, CA 95110
    408-279-2288 ph
4   408-279-2299 fax

5   Attorney for Plaintiff



6

7

8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10

11                                           12
                                CASE NO.: 3:~~-cv-01044-MEJ
12

13

14
    JEFFREY DWIGHT HEMPEL,
15
                    Plaintiff,
16
        v.
17
18  DISCOVER FINANCIAL SERVICES, and
    DOES 1 through 100 inclusive,
19
                    Defendants.
20

21                      **NOTICE OF SETTLEMENT**

22  TO THE COURT, CLERK OF COURT, AND ALL PARTIES:

23          PLEASE TAKE NOTICE, the parties in the instant litigation have reached a settlement

24  on all pending matters before this Court. Accordingly, the parties respectfully request that the

25  Clerk of Court remove the upcoming case management conference from the Court's calendar.

26  Currently, the parties are in the process of complying with the settlement agreement. Within 20

27  days from the date of this filing, the parties will execute a stipulated dismissal before this Court

28  pursuant to Federal Rules of Civil Procedure 41(a).


                            NOTICE OF SETTLEMENT - 1

1

2

3                                        SAGARIA LAW, P.C.

4

5   Dated: March 21, 2012              *Elliot Gale*

6                                        Elliot Gale, Esq.
                                         Attorneys for Plaintiff
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28