1  SCOTT J. SAGARIA (BAR # 217981)
   ELLIOT W. GALE (BAR # 263326)
2  SAGARIA LAW, P.C.
   333 West San Carlos Street, Suite 1750
3  San Jose, CA 95110
   408-279-2288 ph
4  408-279-2299 fax

5  Attorneys for Plaintiff

6  JEFFREY A. TOPOR (SBN # 195545)
   jtopor@snllp.com
7  ARVIN LUGAY (SBN # 242599)
   alugay@snllp.com
8  SIMMONDS & NARITA LLP.
   44 Montgomery St. Suite 3010
9  San Francisco, CA 94104-4816
   Telephone: 415-289-1000
10 Facsimile: 415-352-2625

11 Attorneys for Defendant

**GRANTED**
*Judge Maria-Elena James*
(United States District Court, Northern District of California seal)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY HEMPEL,<br><br>                    Plaintiff,<br><br>     v.<br><br>DISCOVER FINANCIAL SERVICES, and DOES 1 through 100 inclusive,<br><br>                    Defendants. | Case No.: 3:12-cv-01044-MEJ<br><br>STIPULATED DISMISSAL |

STIPULATED DISMISSAL - 1

1 | TO THE COURT, CLERK OF COURT, AND ALL PARTIES:

2 Pursuant to the terms of the settlement agreement and Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the parties respectfully request that the above captioned matter be dismissed with prejudice. Each party shall bear its own attorneys' fees and costs.

Dated: April 20, 2012

Elliot Gale, Esq.
Attorney for Plaintiff

Jeffrey Topor
Attorney for Defendant